# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 77 MAP 2013
DEPARTMENT OF HEALTH, :
                         : Joint Application to Discontinue Appeal
           Appellee : Pursuant to Pa.R.A.P. 1973(a)
                         :
                         :
           v. :
                         :
                         :
D. BRUCE HANES, IN HIS CAPACITY :
AS THE CLERK OF THE ORPHANS' :
COURT OF MONTGOMERY COUNTY, :
                         :
           Appellant :

## ORDER

**PER CURIAM**

    **AND NOW,** this 16th day of December, 2015, the parties' Joint Application to Discontinue Appeal Pursuant to Pa.R.A. 1973(a) is **GRANTED**. The Motion to Present Oral Argument filed by James D. Schneller, *pro se*, is **DISMISSED** as moot.